**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| **PHILLIP VINCENT HARRIS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 09-0514-CV-W-GAF-SSA |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS

Now pending before the Court is Plaintiff's Motion to Proceed In Forma Pauperis. The Court having considered said motion and the Affidavit of Financial Status, it is

It is ORDERED that:

1. Plaintiff's Motion to Proceed in Forma Pauperis is granted,

2. Because this case is included in the Case Management/Electronic Case Filing (CM/ECF) system, and Plaintiff is proceeding *pro se*, the Clerk's Office is responsible for electronically filing the Complaint as of the date of this Order, and

3. The Clerk of Court shall forward appropriate process forms to Plaintiff, and

4. Within twenty days, Plaintiff shall return the completed summons and service forms to the Clerk's Office showing the address where Defendant(s) may be served, and

5. The Clerk of the Court is directed to issue summons and process and deliver same to the United States Marshal for service upon the Defendant(s), pursuant to Rule 4 of the Federal Rules of Civil Procedure.

s/ Gary A. Fenner

/s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: July 7, 2009